IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Wright, :
:
    Petitioner(s), :
: Case Number: 2:16cv448
vs. :
: Judge Susan J. Dlott
Warden, Noble Correctional Institution, :
:
    Respondent(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 27, 2017 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 10, 2017, hereby ADOPTS said Report and Recommendation.

The Court lacks jurisdiction in this matter involving a successive habeas petition within the meaning of 28 U.S.C. §2244(b), therefore, respondent's motion to transfer the petition to the United States Court of Appeals for the Sixth Circuit (Doc. 16) is GRANTED.

IT IS SO ORDERED.

                                                     ___s/Susan J. Dlott_____
                                                     Judge Susan J. Dlott
                                                     United States District Court